| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __7__ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Oak Mortgage Group, Inc.

**2. All other names debtor used in the last 8 years**  
dba Oak Mortgage Group; dba Ashford Home Loans

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20 - 2181674

**4. Debtor's address**

Principal place of business:  
5706 E. Mockingbird Lane  
Suite 115-355  
Dallas, TX 75206  
Dallas County

Mailing address, if different from principal place of business: _____

Location of principal assets, if different from principal place of business: _____

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Oak Mortgage Group, Inc.**_____   Case number (if known)_____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__5__ __2__ __2__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Oak Mortgage Group, Inc.** _____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Oak Mortgage Group, Inc.** _____    Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?**   *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number     Street <br>     _____ <br>     City     State    ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>           Contact name _____ <br>           Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000       ☐ 25,001-50,000 <br> ☐ 50-99     ☐ 5,001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199   ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion <br> ☒ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion <br> ☒ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor **Oak Mortgage Group, Inc.**  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2023**
MM / DD / YYYY

X **/s/ James Holden Thomas**
Signature of authorized representative of debtor

**James Holden Thomas**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Christopher J. Moser**                              Date **12/08/2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number     Street

**Dallas**                                      **TX**           **75201**
City                                             State            ZIP Code

**(214) 871-2100**                               **cmoser@qslwm.com**
Contact phone                                    Email address

**14572500**                                     **TX**
Bar number                                       State

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Oak Mortgage Group, Inc.**                                      CASE NO

                                                                           CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/8/2023                                        Signature  /s/ James Holden Thomas
                                                                  *James Holden Thomas*
                                                                  *President*


Date _____                            Signature _____

```
Banowsky & Levine, P.C.                 Linkedin
Attn: Baxter Banowsky                   1000 W. Maude Ave.
12801 N. Central Expressway, St         Sunnyvale, CA 94085
Dallas, TX 75243


Betterworks                             Office of the U.S. Trustee
101 Jefferson Drive, 1st floor          110 N. College Ave., Suite 300
Menlo Park, CA 94025                    Tyler, Texas 75702


Central National Bank                   Stewart Lender Services
PO Box 2525                             1360 Post Oak Blvd., Ste. 100
Waco, TX 76702-2525                     Houston, TX 77056


CT Lien Solutions                       Stewart Org
2929 Allen Parkway, Ste. 100            2300 Gateway Drive
Houston, TX 77019                       Irving, TX 75063


Dell Financial Services                 The Pointe Group
Mail Stop PS2DF-23                      320 Norwood Park S., Ste. 7
One Dell Way                            Norwood, MA 02062-4659
Round Rock, TX 76862


Gordon Rees                             Wm. Charles Bundren & Associate
2200 Ross Avenue, Ste. 3700              Law Group, PLLC
Dallas, TX 75201                        2591 Dallas Parkway, Ste. 300
                                        Frisco, TX 75034


Herbert Thomas                          York & York
3401 Potomac Ave.                       2785 Rockbrook Dr., Ste. 303
Dallas, TX 75205                        Lewisville, TX 75067


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jackson Clayborn
1100 Mira Vista Blvd., Suite 30
Plano, TX 75093-4690


James Holden Thomas
3205 Purdue Avemie
Dallas, TX 75225
```